| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br>**The Law Firm of Brian W. Hofmeister, LLC**<br>Brian W. Hofmeister, Esq.<br>3131 Princeton Pike<br>Building 5, Suite 110<br>Lawrenceville, N.J. 08648<br>(p)(609)890-1500<br>(f) (609)890-6961<br>bwh@hofmeisterfirm.com<br>Counsel to<br>*GiantSea New Energy Technology Co., Ltd.* | |
| In Re:<br><br>LI, XUEHAI,<br><br>    Debtor. | Case No.: 20-14367 (KCF)<br><br>Chapter 7<br><br>Judge: Hon. Kathryn C. Ferguson, U.S.B.J. |
| ANDREA DOBIN, TRUSTEE,<br><br>    Plaintiff,<br><br>v.<br><br>GIANTSEA NEW ENERGY TECHNOLOGY CO. LTD.,<br><br>    Defendant. | Adv. No. 20-1639 |

**DESIGNATION OF RECORD ON APPEAL**

 **PLEASE TAKE NOTICE** that the defendant in the above referenced adversary proceeding, GIANTSEA NEW ENERGY TECHNOLOGY CO. LTD., hereby designates the following pleadings/transcripts and the Record on Appeal and requests that the same be transmitted to the United States District Court, District of New Jersey.

| Adversary or Bankruptcy | Pleading Description | Pleading/Docket No. | Date of Pleading/Docketing |
|---|---|---|---|
| Adv. | Complaint | 1 | Dec. 28, 2021 |
| Adv. | Answer | 9 | Mar. 12, 2021 |
| Adv. | Motion for Summary Judgment as to Count Two of the Complaint | 26 | Sept. 9, 2022 |
| Adv. | Brief in Opposition to Motion | 27 | Nov. 4, 2022 |
| Adv. | Response to Brief in Opposition | 28 | Nov. 9, 2022 |
| Adv. | Order Granting Summary Judgment | 29 | Nov. 28, 2022 |
| Adv. | Transcript of Hearing Held 11/15/2022 | 30 | Nov. 30, 2022 |
| Adv. | Notice of Appeal to the District Court | 33 | Dec. 6, 2022 |

　　　　　　　　　　　　　　　　/s/ Brian W. Hofmeister_____

**The Law Firm of Brian W. Hofmeister, LLC**
Brian W. Hofmeister, Esq.
3131 Princeton Pike
Building 5, Suite 110
Lawrenceville, N.J. 08648
(p)(609)890-1500
(f) (609)890-6961
bwh@hofmeisterfirm.com
Counsel to *Giantsea New Energy Technology Co., Ltd.*

Dated: December 20, 2022

# Exhibit "A"